STEPHEN YAGMAN (SBN 69737)
filing@yagmanlaw.net
YAGMAN + REICHMANN, LLP
333 Washington Boulevard
Venice Beach, California 90292-5152
(310) 452-3200

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| D. SMITH,<br><br>Plaintiff,<br><br>v.<br><br>ALEJANDRO VILLANUEVA, *et al.*,<br><br>Defendants. | 2:22-cv-05421-MWF<br><br>**REQUEST THAT CLERK ENTER DEFAULT OF DEFENDANT ALEJANDRO VILLANUEVA AND IN FAVOR OF PLAINTIFF, PURSUANT TO FED. R. CIV. P. RULE 55(a)**<br><br>Judge Michael W. Fitzgerald |

Plaintiff served his complaint on defendant Alejandro Villanueva, as evidenced by their proof of service, on August 30, 2022, by substituted service, and he has failed to respond timely or at all.

Therefore, the clerk is requested to enter the default of defendant Alejandro Villanueva and in favor of plaintiff, pursuant to Fed. R. Civ. P. Rule 55(a), which provides that "When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default." Submitted herewith is the Declaration of Stephen Yagman, that shows defendant Villanueva has "failed to plead or otherwise defend." The docket sheet also evidences this failure.

1

Respectfully submitted,

**YAGMAN + REICHMANN,LLP**

By: _____

STEPHEN YAGMAN

//

## DECLARATION OF STEPHEN YAGMAN

I, Stephen Yagman, declare the following to be true under the penalty of perjury at Venice Beach, California, pursuant to 28 U.S.C. § 1746, on the date set forth below my signature hereinbelow.

1. I am one of the attorneys for the plaintiff in this action.

2. Defendant Villanueva has failed to respond to the complaint at all.

STEPHEN YAGMAN   10-02-22

//

3